**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | January 21, 2016 | Probation: | Paige Meador |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Cathy Bahr |
| E.C.R./Reporter: | Mary George | | |

Criminal Case No:  **15-cr-00333-WYD**          Counsel:

UNITED STATES OF AMERICA,                      Mark J. Barrett

   Plaintiff,

v.

**1.  ASTUL RODA-ESTRADA, a/k/a Astul         David E. Johnson
Roger Barchona, a/k/a Astul
Edgardo-Rod**,

   Defendant.

**SENTENCING**

**3:06 p.m.**     Court in Session - Defendant present, in-custody.

> **Change of Plea Hearing - Wednesday, October 21, 2015, at 3:00 p.m.
> Plea of Guilty - Count one of Indictment.**

   APPEARANCES OF COUNSEL.

   Interpreter sworn (Spanish).

   Court's opening remarks.

3:07 p.m.    Statement on behalf of Defendant (Mr. Johnson).

**ORDERED:**   Defendant's Unopposed Motion for One Offense Level Downward Variance [ECF Doc. No. 24], filed January 5, 2016, is **GRANTED.**

| | |
|---|---|
| 3:10 p.m. | Statement on behalf of Defendant (Mr. Johnson). |
| 3:10 p.m. | Statement by Defendant on his own behalf (Mr. Roda-Estrada). |
| 3:10 p.m. | Statement on behalf of Probation (Ms. Meador). |
| 3:10 p.m. | Statement on behalf of Government (Mr. Barrett). |
| 3:11 p.m. | Statement on behalf of Defendant (Mr. Johnson). |
| 3:16 p.m. | Statement on behalf of Probation (Ms. Meador). |

Court makes findings.

**ORDERED:** Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:** No term of supervised release is imposed. The defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**3:19 p.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :13**