## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00333-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.  ASTUL RODA-ESTRADA, a/k/a Astul Roger Barchona, a/k/a Astul Edgardo-Rod**,

      Defendant.

## ORDER FOR TIME SERVED

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on January 21, 2016, it is hereby

ORDERED that Defendant Astul Roda-Estrada is sentenced to **TIME SERVED.**

Dated:  January 21, 2016.

                          BY THE COURT:

                          */s/ Wiley Y. Daniel*
                          WILEY Y. DANIEL,
                          SENIOR UNITED STATES DISTRICT JUDGE